| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | EUMI CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 3 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 4 | 10th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7017 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR.-05 00546-WHA (JCS) |
| | ) | |
| v. | ) | |
| | ) | |
| NOLAN WONG, | ) | SPEEDY TRIAL ACT ORDER |
| | ) | |

This matter came on for defendant's initial appearance and arraignment on September 7, 2005. The trial setting hearing before Judge Alsup shall be held on October 4, 2005 at 2:00 p.m.

The government and defendant and his counsel (Cristina Arguedas) have agreed that the period from September 7, 2005 to October 4, 2005 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv). The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: Sept. 27, 2005

JOSEPH C. SPERO
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, **KATHY TERRY** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**SPEEDY TRIAL ACT ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

*Cristina Arguedas*
*5900 Hollis Street, Suite N*
*Emeryville, CA 94608*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 26, 2005** at San Francisco, California.

/s/
**KATHY TERRY**
**Legal Assistant**