KEVIN V. RYAN (CSBN 118321)
United States Attorney
EUMI CHOI (WVBN 0722)
Chief, Criminal Division
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
      10th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-7017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR.-05 00546-WHA (JCS) |
| v. | ) | |
| NOLAN WONG, | ) | SPEEDY TRIAL ACT ORDER |

This matter came on trial setting on October 4, 2005.  The parties have agreed to appear on November 8, 2005 at 2:00 p.m. for change of plea.

The government and defendant and his counsel (Cristina Arguedas) have agreed that the period from October 4, 2005 to November 8, 2005 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv).  The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses and preparation of a plea agreement.

IT IS SO ORDERED.

Dated: November 2, 2005

_____
WILLIAM H. ALSUP
United States District Judge